**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 00-cr-00123-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

HERBERT HOOVER,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

      On April 19, 2006, the probation officer submitted a petition for early termination of supervised release in this case.  On April 28, 2006, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on May 2, 2006, and the United States has not objected to the proposed relief.  Accordingly, it is

      ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

      DATED at Denver, Colorado, this 25th day of May, 2006.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              United States District Judge